UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **2 12 CR 161** |
| | ) |
| V. | ) 18 U.S.C. SEC. 1341 |
| MICHAEL J. PLAKE and PAUL CARDWELL | ) 18 U.S.C. SEC. 1349 |

INDICTMENT

THE GRAND JURY CHARGES:

CONSPIRACY TO COMMIT MAIL FRAUD

At all times relevant to this indictment:

INTRODUCTION

1. Beginning in March 2003 and continuing through October 2009, defendants **MICHAEL J. PLAKE** dba Plake and Associates and **PAUL CARDWELL** (an employee of White County Memorial Hospital (WCMH) in Monticello, Indiana) obtained over $800,000.00 from WCMH, through a fraudulent billing scheme involving an entity known as "Plake and Associates".

2. At all times relevant to this indictment, defendant **PAUL CARDWELL** was the Chief Executive Officer (CEO) at WCMH in Monticello, Indiana.

3. At all times relevant to this indictment, defendant **MICHAEL J. PLAKE** was the Director of Religious Education, Youth Minister, St. Thomas Aquinas Center, The Catholic Center at Purdue University, Lafayette, Indiana.

4. At all times relevant to this indictment, "Plake and Associates" was represented to be a health care recruiting firm retained through the unindicted co-conspirator CEO at WCMH.

5. At all times relevant to this indictment, defendant **MICHAEL J. PLAKE** was the sole proprietor of Plake and Associates and he operated Plake and Associates out of his personal residence in West Lafayette, Indiana.

6. Plake and Associates never conducted medical personnel recruiting for WCMH.

## THE CONSPIRACY AND ITS OBJECTIVE

7. Beginning in or about March 2003 and continuing through October 2009 in the Northern District of Indiana and elsewhere, defendant **MICHAEL J. PLAKE** and his co-conspirator defendant **PAUL CARDWELL,** CEO at WCMH, did knowingly and intentionally combine, conspire, confederate and agree with one another to commit mail fraud by devising and executing a scheme and artifice to defraud, and to obtain money by means of false and fraudulent pretenses and representations from WCMH which scheme was furthered by the use of the mails, in violation of Title 18, United States Code, Section 1341.

## ACTS IN FURTHERANCE OF THE CONSPIRACY

8. It was part of the conspiracy to defraud WCMH that **PAUL CARDWELL** informed WCMH that he had hired Plake and Associates to conduct medical personnel recruiting.

9. It was part of the conspiracy to defraud WCMH that defendant **PAUL CARDWELL**, with the knowledge and cooperation of defendant **MICHAEL J. PLAKE** submitted claims for reimbursement and payment relating to medical personnel searches and recruiting for WCMH from Plake and Associates when in truth and in fact no medical personnel searches and recruiting had been undertaken by Plake and Associates.

10. It was part of the conspiracy to defraud WCMH that defendant **PAUL CARDWELL** instructed WCMH personnel to send checks to Plake and Associates, via U.S. Mail, to defendant **MICHAEL J. PLAKE'S** personal residence in West Lafayette, Indiana.

11. It was part of the conspiracy to defraud WCMH that defendant **MICHAEL J. PLAKE** and defendant **PAUL CARDWELL** fabricated recruiting agreements and invoices to create the illusion that actual work was being performed to justify the over $800,000.00 in payments made to Plake and Associates.

12. It was part of the conspiracy to defraud WCMH that defendant **MICHAEL J. PLAKE** paid defendant **PAUL CARDWELL** approximately 75% of the money sent to Plake and Associates by WCMH.

13. It was part of the conspiracy to defraud WCMH that defendant **MICHAEL J. PLAKE** retained 25% of the proceeds from Plake and Associates fraudulent billings submitted to WCMH.

All in violation of Title 18, United States Code, Section 1349.

A TRUE BILL:

S/ Foreperson
FOREPERSON

David Capp
United States Attorney

By: S/ Diane L. Berkowitz
    Diane L. Berkowitz
    Assistant U.S. Attorney