Sean H. Barrett
Attorney at Law
P.O. Box 3018
Cheyenne, WY 82003-301
Email: sbarrettattorney@yahoo.com
Phone: (307) 286-8440
Fax: (307) 638.2473

FILED

2012 DEC -3 AM 10: 47

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J.PLAKE ) | Case No. 2:12cr161 |
| ) | |
| ) | |
| ) | |

### ENTRY OF APPEARANCE AND MOTION TO VACATE AND CONTINUE DATE TO APPEAR ON SUMMONS IN A CRIMINAL CASE

COMES NOW Sean H. Barrett, attorney at law, and hereby respectfully moves the Court to enter his appearance on behalf of Defendant Michael J. Plake in the above-captioned matter and FURTHER moves the Court for it's Order VACATING and CONTINUING the date for Defendant Plake to appear on the Summons In A Criminal Case in the above-captioned matter, currently set for December 10, 2012, and as GROUNDS for the foregoing advises the Court as follows:

1. I, the below-signed, state that pursuant to N.D. Ind. L.R. 83-5(e), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

2. I, the below-signed, currently have a criminal case scheduled to proceed to trial on December 10, 2012 in Cheyenne, Wyoming, in the United States District Court for the District of Wyoming, before Chief Judge Nancy Freudenthal, *United States of America v. Casey J. Nowlin,* 12-CR-116-F, which is anticipated to last approximately two (2) weeks.

3. I, the below-signed, received the Summons In A Criminal Case on behalf of Defendant Plake from the U.S. Marshal's Office for the Northern District of Indiana by fax on November 29, 2012, a copy of which is attached hereto.

WHEREFORE the below-signed prays the Court enter an Order VACATING the appearance on Summons in a Criminal Case date, currently set for December 10, 2012, CONTINUE the same to a later date and time convenient to the Court and respective parties hereto and Enters his Appearance as counsel of record for Defendant Plake in the above-captioned matter.

DATED this 30th day of November, 2012.

Sean H. Barrett
Attorney at Law
P.O. Box 3018
Cheyenne, WY 82003-301
sbarrettattorney@yahoo.com
Phone: (307) 286-8440
Fax: (307) 638.2473

## CERTIFICATE OF SERVICE

I hereby certify that on the ___30th___ day of November, 2012, an exact copy of the following was provided by U.S. mail, first-class, postage pre-paid, to the following at the respective addresses:

Diane Berkowitz
U.S. Attorneys Office
5400 Federal Plaza, Suite 1500
Hammond, IN 46320

_____
Sean H. Barrett

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Indiana

United States of America
v.

MICHAEL J. PLAKE
*Defendant*

Case No. 2:12cr161

*[Stamp: UNITED STATES MARSHALS NORTHERN INDIANA 2012 NOV 29 A 9 14]*

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: US Magistrate Judge Paul R Cherry, US District Court, 5400 Federal Plaza, Hammond, IN 46320 | Courtroom No.: 5 |
| --- | --- |
| | Date and Time: 12/10/2012 10:30 AM |

This offense is briefly described as follows:
18:1349 CONSPIRACY TO COMMIT MAIL FRAUD

Date: 11/29/2012

*/s/ Ruth M. Nagy*
*Issuing officer's signature*

ROBERT N. TRGOVICH, CLERK by RMNagy
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons     ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*