UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:12 CR 161 |
| V. | ) | |
| | ) | |
| MICHAEL J. PLAKE | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
TO CONTINUE INITIAL APPEARANCE

Comes now the United States through Assistant United States Attorney Diane L. Berkowitz and responds as follows to defendant's motion to continue his initial appearance date:

1. Counsel for defendant Plake , an attorney based in Cheyenne Wyoming, has requested a continuance of his client's December 10th initial appearance in Hammond, Indiana based on the fact that counsel has a previously scheduled trial set in federal court in Wyoming on that same date.

2. The Speedy Trial Act establishes specific time limits for completing key stages of federal criminal prosecution. *See, Title 18, United States Code, Section 3161.* Pursuant to the Speedy Trial Act the trial must begin within seventy-days of the filing of the indictment.

3. While unavailability of trial counsel is not a factor specifically listed under the act as a basis for excludable delay of Speedy Trial, it is a factor that this court in the exercise of its judicial discretion may rely upon to continue the initial appearance of defendant Plake. *See, United States v. Napadow, 596 F.3d 398,405-06 (7th Cir. 2010)(delay attributable to unavailability of defense counsel excludable as "ends of justice" continuance).*

WHEREFORE, the government states that it has no objection to the continuance of defendant's initial appearance date.

        Respectfully submitted,

        DAVID CAPP
        UNITED STATES ATTORNEY

        By: <u>S/Diane L. Berkowitz</u>
            Diane L. Berkowitz
            Assistant U.S. Attorney

*Certificate of Service*

      I hereby certify that on December 4, 2012 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

sbarrettattorney@yahoo.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

**NONE**

                                          S/ Lorene B. Nelson
                                          Lorene B. Nelson
                                          Legal Assistant