UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:12-CR-161-RL-PRC |
| | ) | |
| MICHAEL J. PLAKE, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED ORDER

This matter is before the Court on a Motion to Vacate and Continue Date to Appear on Summons in a Criminal Case [DE 8], filed by Defendant on December 3, 2012. Defendant seeks a continuance because his counsel is scheduled to be in trial beginning December 10, 2012, in Cheyenne, Wyoming. The Government filed a response on December 4, 2012, indicating that it has no objection to the continuance.

Finding that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant in a speedy trial, in that a failure to grant such a continuance would unreasonably deny Defendant the reasonable assistance of counsel and taking into account the exercise of due diligence, the Court hereby **GRANTS** the Motion to Vacate and Continue Date to Appear on Summons in a Criminal Case [DE 8].

The Court **VACATES** the December 10, 2012 Initial Appearance and Arraignment and **SETS** the Initial Appearance and Arraignment for **January 14, 2013, at 1:00 p.m.** (**C.S.T.**) in Magistrate Courtroom 5, 5400 Federal Plaza, Hammond, Indiana, 46320. The Court **ORDERS** the Defendant to be present for the hearing.

The period of delay resulting from this continuance is to be excluded under the terms of the Speedy Trial Act and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(i) and (iv).

SO ORDERED this 11th day of December, 2012.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc:   All counsel of record