USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

FILED

In the United States District Court

2013 JAN -8 PM 2: 52

for the **Northern** DISTRICT OF **Indiana**

UNITED STATES OF AMERICA

V.

Michael J. Plake

FOR THE ... ...ICT...
CRIMINAL NUMBER: 2:12 CR 161

Consent to Transfer of Case for Plea
and Sentence
(Under Rule 20)

I, **Michael J. Plake**, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead **Guilty** to the offense charged, to consent to the disposition of the case in the _____ District of **Wyoming** in which I, **await sentencing**, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: **12/31** 20 **12** at **2:49 pm**

*(Signature)* Michael J. Plake
(Defendant)

*(Signature)*
(Witness)

*(Signature)*
(Counsel for Defendant)

*(Signature)* **LISA E. LESCHUCK**
(Assistant United States Attorney)

Approved

*(Signature)*
United States Attorney for the
**Northern** District of
**Indiana**

*(Signature)*
United States Attorney for the
District of
**Wyoming**